AO 451  (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| AMERIS BANK, ET AL., | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action  No.  8:25-cv-02210-KES |
| INTEGRATED LAMINATE SYSTEMS, INC., | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     01/07/2026     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:     05/18/2026

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*