**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED LAMINATE SYSTEMS, INC., a New Jersey corporation,<br><br>Defendant. | Case No. 8:25-cv-02210-KES<br><br>[Assigned to the Hon. Karen E. Scott]<br><br>**JUDGMENT**<br><br>Complaint Filed: October 1, 2025<br>Trial Date: None |

Pursuant to Plaintiff Ameris Bank, a George state-chartered banking corporation, doing business as Balboa Capital's Motion for Default Judgment, and pursuant to <u>Federal Rule of Civil Procedure 55(b)(2)</u>, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff and against Defendant Integrated Laminate Systems, Inc., a New Jersey corporation, in the total amount of **$154,462.03**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $140,900.82, on the

1

Equipment Financial Agreement No. 471818-00;

    b.  Prejudgment interest in the amount of $6,639.20, at the statutory rate of 10 percent per annum, from July 20, 2025 (date of breach) to January 7, 2026 (date of decision);

    c.  Attorneys' fees in the amount of $6,418.01; and

    d.  Costs in the amount of $504.00.

2.  The Clerk is ordered to enter this Judgment forthwith and take the hearing scheduled for January 13, 2026, off calendar.

DATED: January 7, 2026

_Karen E. Scott_

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE

2

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, ET AL., | **CASE NUMBER** |
| PLAINTIFF(S) | 8:25-CV-02210-KES |
| v. | |
| INTEGRATED LAMINATE SYSTEMS, INC., | **EXEMPLIFIED CERTIFICATE** |
| DEFENDANT(S) | |

I, Brian D. Karth, Clerk of the United States District Court, Central District of California, do hereby certify that the annexed is a full, true and correct copy of the original JUDGMENT

in the above entitled case, on file in my office.

WITNESS my hand and seal of said Court this _____12th_____ day of _____January 2026_____.

Brian D. Karth, Clerk of Court

By: _____
Deputy Clerk

---

I hereby certify that the foregoing certificate of the Clerk of the United States District Court, Central District of California, is in due form and that the signature attached hereto is the true signature of the Clerk of said Court.

January 12, 2026
Date

United States Magistrate Judge

---

I, Brian D. Karth, Clerk of the United States District Court, Central District of California, do hereby certify that the Honorable _____Douglas F. McCormick_____ is, upon the date hereof, a U.S. Magistrate Judge of said Court and that the signature to the above certificate is the true signature of said Magistrate Judge.

WITNESS my hand and seal of said Court this __14th__ day of __January 2026__.

Brian D. Karth, Clerk of Court

By: _____
Deputy Clerk

G-07 (1/24)                    EXEMPLIFIED CERTIFICATE