**CSG** law

CHIESA SHAHINIAN & GIANTOMASI PC

105 Elsenhower Parkway, Roseland, NJ 07068
csglaw.com

ROBERT L. HORNBY
Member

rhornby@csglaw.com

O 973.530.2032                      F 973.530.2232

CLERK
U S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAY 19  A 11: 16

May 18, 2026

*Via Overnight Mail*
Clerk
United States District Court of New Jersey
50 Walnut Street, Room 4015
Newark, NJ 07102

Re:   Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa
      Capital v. Integrated Laminate Systems, Inc., a New Jersey Corporation

Dear Sir/Madam:

This office represents the Plaintiff with regard to the above matter.

Enclosed for filing please find the following documents:

Exemplified Judgment

AO 451 Form

Check in the amount of $52.00

I will be the attorney of record for this matter.  Enclosed is a self-addressed envelope so the stamp-filled copy can be returned to our office.

Thank you for your assistance with this matter, and if you have any questions, please do not hesitate to contact me.

Very truly yours,

*/s/ Robert L. Hornby*

Robert L. Hornby
Member

NEW JERSEY      NEW YORK