Insert shipping
document here.

/ packing your
packing tips.

rvice Guide,
and limits

ponsible
g options

4710 TUE 05/19 07:22
50 WALNUT ST
PRIORITY OVERNIGHT
326-3001
ETP: 3                    SP:PD-100:Y

07102-3570-15
NEWARK,NJ

ORIGIN ID:MMUA    (973) 530-2432

CHIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PKWY

ROSELAND, NJ 07068
UNITED STATES US

SHIP DATE: 18MAY26
ACTWGT: 1.00 LB
CAD: 261719439/FAPI2208
DIMS: 13x10x1 IN

BILL SENDER

TO   CLERK
     UNITED STATES DISTRICT COURT OF NJ
     50 WALNUT ST RM 4015

     NEWARK NJ 07102
     (973) 530-2477        REF: 36898.0023
     INV:
     PO:                          DEPT:

58K13/A906/4B4B

FedEx
Express

E

TUE - 19 MAY 10:30A
PRIORITY OVERNIGHT

TRK#
0201    8719 1542 9160

07102

E2 VAKA

NJ-US  EWR

Scan to learn how we
can help make Earth
a priority together.